Law Offices of Scott J. Goldstein LLC
280 W Main St
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
Scott J. Goldstein (016472004)
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# VICINAGE

|  |  |
|---|---|
| In re<br><br>Kelsey Whidbee<br>　　　　Chapter 13 Debtor | Case No. 22-19357<br><br>Chapter  13<br><br>Hon. John K. Sherwood |

| Marie-Ann Greenberg<br>PO Box 520<br>Memphis, TN 38101-0520<br><br>Brian Knapp<br>Marie-Ann Greenberg,<br>Standing Chapter 13 Trustee<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004 | Kelsey Whidbee<br>26 Ralph Street<br>Belleville, NJ 07109 | Office of the US Trustee<br>1085 Raymond Blvd, Ste 2100<br>Newark, NJ 07102 |
|---|---|---|
|  |  |  |

## APPLICATION FOR COMPENSATION IN A CHAPTER 13 CASE

**TO:**　John K. Sherwood, United States Bankruptcy Judge
　　　United States Bankruptcy Court, District of New Jersey

**SCOTT J. GOLDSTEIN, ESQ.**, hereby certifies as follows:

1. The undersigned is counsel to the referenced debtors as set forth in the Statement of Compensation filed in accordance with Fed. R. Bankr. P. 2016 with the debtor's petition and schedules.
2. There is no administrative order providing for compensation in this matter.
3. This matter was filed after August 1, 2018 and the current version of DNJ LBR 2016-5 applies.
4. The undersigned undertook this representation pursuant to DNJ LBR 2016-5(b).
5. The case was filed on November 27, 2022.
6. The Plan was confirmed on March 10, 2023 .
7. To date, I have applied for fees and costs, including the initial retainer of $4750.00 of $5250, including disbursements and the filing fee. To date, I have received $500 from the initial payment by the debtor and $1173.75 in trustee disbursements.
8. The undersigned has provided services that are not included in the flat rate pursuant to DNJ LBR 2016-5(b)(1)-(3) as follows:
    a. Defense of certification of default by trustee

    b. Defense of creditor's motion for relief from stay
    c. Defense of trustee's motion to dismiss
9. I am seeking compensation for attorney's fees and services rendered in the amount of $1,500.00 of legal fees and disbursements of $0.00 for a total of $1,500.00
10. The Billing rates for the firm are as follows, when matters are not being charged at flat rates:
    a. Scott J. Goldstein: $350-400 per hour
    b. Marissa R. Dontas (paralegal) $100.00 per hour

11. In certain cases, the firm charges flat rates for services as set out in the invoice annexed hereto as Exhibit A.
12. I am requesting that the foregoing fee balance be paid through the Chapter 13 Plan as an administrative expense.
13. The Plan payment shall be increased to $395.00 for the remaining 50 months of the Plan to cover the increased legal fees.
14. I hereby certify that I have not filed any fee applications in the within case within the last 120 days

Dated:  August 24, 2023                Law Offices of Scott J. Goldstein LLC

                By:      /s/ Scott J. Goldstein  016472004
                     SCOTT J. GOLDSTEIN
                     280 W Main St
                     Denville, NJ 07834
                     Tel: (973) 453-2838
                     Fax: (973) 453-2869
                     *Scott J. Goldstein*
                     *Attorney for Debtor*