**Law Offices of Scott J. Goldstein, LLC**
280 West Main Street
Denville, NJ 07834
973-453-2838

Ms. Kelsey Whidbee
26 Ralph Street
Belleville, NJ 07109

# Invoice

| | |
|---|---|
| Invoice Number | 39 |
| Invoice Date | 08/24/2023 |
| Payment Due On | 08/31/2023 |
| **Amount Due** | **$6,250.00** |

Pay Now



Scan to pay

## Fees

| Date | Subject | Total |
|---|---|---|
| 04/25/2023 | Defense of Simple Bankruptcy Motion - Trustee COD | $500.00 |
| 07/20/2023 | Defense of Simple Bankruptcy Motion - Trustee TMTD | $500.00 |
| 07/20/2023 | Defense of Simple Bankruptcy Motion - Creditor MFR | $500.00 |
| | | $1,500.00 |

| | |
|---|---|
| Subtotal | $1,500.00 |
| Total | $1,500.00 |
| Prior Balances | $4,750.00 |
| **Total Balance Due** | **$6,250.00** |

## Prior Balances

| Date | Invoice Number | Due Date | Amount | Payments/Credits | Due |
|---|---|---|---|---|---|
| 11/27/2022 | 38 | 12/04/2022 | $4,750.00 | $0.00 | $4,750.00 |
| Total | | | $4,750.00 | $0.00 | $4,750.00 |