UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Law Offices of Scott J. Goldstein LLC
280 W Main St
Denville, NJ 07834
Tel: (973) 453-2838
Fax:(973) 453-2869
sjg@sgoldsteinlaw.com

Scott J. Goldstein, Esq. (016472004)

In re:

    Kelsey Whidbee,

              Debtor

Case No. 22-19357
Adv. No: _____
Chapter: 13
Hearing Date: _____
Judge: John K. Sherwood

## ORDER GRANTING COMPENSATION IN A CHAPTER 13 CASE

The relief set forth on the following page is **ORDERED**

The applicant having certified that legal work additional to basic chapter 13 services required under DNJ LBR 2016-5 and which is not included as a required service under DNJ LBR 2016-5(a) has been rendered, or services which were rendered pursuant under an hourly retainer pursuant to DNJ LBR 2016-5(c) having been performed and no objections having been raised it is:

**ORDERED** that Scott J. Goldstein, the applicant, is allowed a fee of $1,500.00 for services rendered and expenses in the amount of 0 for a total of $1,500.00. The allowance is payable:

- ☒ Through the Chapter 13 Plan as an administrative priority
- ☐ Outside the Plan

No plan payment increase is required as the current Plan is sufficient to cover the above fee.