Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
Scott J. Goldstein (016472004)
*Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| In re<br><br>Kelsey Whidbee<br>　　　　Chapter 13 Debtor | Case No. 22-19357<br><br>Chapter  13<br><br>Hon. John K. Sherwood |

| Marie-Ann Greenberg, Ch 13 Standing Trustee<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004 | Kelsey Whidbee<br>26 Ralph Street<br>Belleville, NJ 07109 | Office of the US Trustee<br>1085 Raymond Blvd, Ste 2100<br>Newark, NJ 07102 |
|---|---|---|
| | | |

**APPLICATION FOR COMPENSATION IN A CHAPTER 13 CASE**

**TO:** John K. Sherwood, United States Bankruptcy Judge, United States Bankruptcy Court, District of New Jersey

**SCOTT J. GOLDSTEIN, ESQ.**, hereby certifies as follows:

1. The undersigned is counsel to the referenced debtors as set forth in the Statement of Compensation filed in accordance with Fed. R. Bankr. P. 2016 with the debtor's petition and schedules.

2. There is no administrative order providing for compensation in this matter.

3. This matter was filed after August 1, 2018 and the current version of DNJ LBR 2016-5 applies.

4. The undersigned undertook this representation pursuant to DNJ LBR 2016-5(b).

5. The case was filed on November 27, 2022.

6. The Plan was confirmed on March 10, 2023.

7. The case was dismissed on the Trustee's certification of default on January 27, 2025.

8. To date, I have applied for fees and costs in the amount of $6,250, including the initial retainer, disbursements, and filing fee.  The entirety of the initial retainer of $5250 ($4750.00 no-look fee and $500 in costs) has been received and applied to the initial balance.

9. The undersigned has provided services that are not included in the flat rate pursuant to DNJ LBR 2016-5(b)(1)-(3) as follows:
    a. Defense of Lender CoD (12/2023)
    b. Financial Coaching Session (12/2023)
    c. Defense of Trustee Motion to Dismiss (2/2024)
    d. Motion to Vacate Dismissal (5/2024)
    e. Modified Plan & Schedules I/J (5/2024)
    f. Defense of Trustee CoD (9/2024)
    g. Defense of Lender CoD (12/2024)

10. This case required significant additional work, for which compensation is not being sought, in counsel's discretion, as the debtor was often non-communicative, requiring counsel and staff to reach out repeatedly in an effort to preserve the case. Moreover, the Debtor's repeated defaults in secured and trustee payments necessitated multiple defenses of motions to dismiss and certifications of default.

11. I am seeking compensation for attorney's fees and services rendered in the amount of $4,030.00 of legal fees and disbursements of $37.40 for a total of $4,067.40.

12. The Billing rates for the firm are as follows, when matters are not being charged at flat rates:
    a. Scott J. Goldstein: $400-$450 (after 1/1/2025) per hour
    b. Marissa R. Dontas (paralegal) $150-$195 (after 1/1/2025) per hour

13. In certain cases, the firm charges flat rates for services as set out in the invoice annexed hereto as Exhibit A.

14. I am not requesting that the foregoing fee balance be paid through the Chapter 13 Plan as an administrative expense. The Plan payment will not increase to cover the increased legal fees.

15. I hereby certify that I have not filed any fee applications in the within case within the last 120 days.

Law Offices of Wenarsky and Goldstein, LLC

Dated:    2/3/2025           By:    /s/ Scott J. Goldstein
                                    SCOTT J. GOLDSTEIN, Esq. (016472004)
                                    410 State Route 10 West
                                    Suite 214
                                    Ledgewood, NJ 07852
                                    Tel: (973) 927-5100
                                    Fax: (973) 927-5252