# Exhibit A

**Law Offices of Wenarsky & Goldstein, LLC**
410 Route 10 West, Ste 214
Ledgewood, NJ 07852
(973) 927-5100

Ms. Kelsey Whidbee
26 Ralph Street
Belleville, NJ 07109

# Invoice

| | |
|---|---|
| Invoice Number | 844 |
| Invoice Date | 01/30/2025 |
| Payment Due On | 04/30/2025 |
| **Amount Due** | **$4,067.40** |

Pay Now

Scan to pay

## 1933-22BK - Whidbee, Kelsey - Bankruptcy

District of New Jersey Ch. 13 22-19357

### Fees

| Date | Description | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 12/21/2023 | Financial Coaching Session | SJG | $400.00 | 1.20 | $480.00 |
| 12/21/2023 | Defense of Simple Bankruptcy Motion - COD by Car Lender | SJG | $500.00 | FIXED | $500.00 |
| 02/29/2024 | Defense of Simple Bankruptcy Motion | MRD | $500.00 | FIXED | $500.00 |
| 05/23/2024 | Prosecution of Motion to Vacate Dismissal | SJG | $750.00 | FIXED | $750.00 |
| 05/23/2024 | Modified Plan | SJG | $500.00 | FIXED | $500.00 |
| 05/23/2024 | Modified I/J | SJG | $300.00 | FIXED | $300.00 |
| 09/17/2024 | Defense of Simple Bankruptcy Motion - TCOD | SJG | $500.00 | FIXED | $500.00 |
| 12/23/2024 | Defense of Simple Bankruptcy Motion - Wells Fargo COD | SJG | $500.00 | FIXED | $500.00 |
| | | | | **1.20** | **$4,030.00** |

### Expenses

| Date | Description | Cost | Qty | Total |
|---|---|---|---|---|
| 05/23/2024 | Postage - Motion to Vacate | $0.68 | 20.00 | $13.60 |

| | | | | |
|---|---|---|---|---|
| 05/23/2024 | Copies - Motion to Vacate | $0.17 | 140.00 | $23.80 |
| | | | | $37.40 |

| | |
|---|---|
| Subtotal | $4,067.40 |
| Total | $4,067.40 |
| **Total Balance Due** | **$4,067.40** |