UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Scott@wg-attorneys.com

Scott J. Goldstein (016472004)

| | |
|---|---|
| In re:<br><br>Kelsey Whidbee,<br><br>Debtor | Case No. 22-19357<br>Adv. No:<br>Chapter:    13<br>Hearing Date:<br>Judge:  John K. Sherwood |

## CERTIFICATION OF SERVICE

1.  I, **Marissa Dontas,**

    ☐  represent the Debtor in this matter.

    ☒  am the secretary/paralegal for   Scott J. Goldstein Esq.,   who represents the Debtor in this matter.

    ☐  am the Debtor   in this case and am representing myself.

2.  On    2/3/2025 ,    I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    | | |
    |---|---|
    | Cover Sheet | Application for Compensation |
    | Invoice for Fees | Proposed Order |

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:    2/3/2025              /s/  Marissa Dontas
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Ch 13 Standing Trustee<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Per waiver via CM/ECF<br>     (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the US Trustee<br>1085 Raymond Blvd.<br>Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Per waiver via CM/ECF<br>     (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kelsey Whidbee<br>26 Ralph Street<br>Belleville, NJ 07109 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>     (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>     (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>     (As authorized by the Court or by rule. Cite the rule if applicable.) |